**United States District Court**
**Violation Notice** (Rev. 1/2020)

NP22388925

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A107 | E 1430934 | D. Gillum | 867 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 12/31/2022  1700 | 36 CFR 4.23(a)(1) |

Place of Offense: Desert View Parking Lot

Offense Description: Factual Basis for Charge — HAZMAT ☐
Driving Under the Influence Alcohol

**DEFENDANT INFORMATION**

Last Name: McCabe
First Name: Harold  III

City: Tuba City  State: AZ  Zip Code: 86045
Date of Birth: /198?

Drivers License No.  CDL ☐  D.L. State: AZ  Social Security No. ...3603

☒ Adult  ☐ Juvenile   Sex ☒ Male ☐ Female
Hair: Blk  Eyes: Blk  Height: 6'00"  Weight: 250

**VEHICLE**  VIN:  CMV ☐

Tag No.  State: AZ  Year: 08  Make/Model: Chevy Silv  PASS ☐  Color: Purple

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.
$ ___ Forfeiture Amount
+ $30 Processing Fee
$ ___ Total Collateral Due

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:   Date:   Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

---

UNITED STATES DISTRICT COURT
VIOLATION NOTICE
Case #: NP22388925

22-04449-01-FLT-CDB

---

Page 1 of 2

Violation No. E1430934   Loc. Code A107
**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on December 31, 2022 while exercising my duties as a law enforcement officer in the District of Arizona in Grand Canyon National Park

At approximately 16:35 hours Ranger Hassell observed fresh tire marks leading south into the woods on State Route 64 near No Name point. While turning around, Ranger Hassel observed two pickup trucks with each truck bed full of cut wood in No Name pullout on State Route 64. This area is within the jurisdiction of Grand Canyon National Park. Ranger Hassell then returned to the observed tire marks and located approximately 500 yards south of the road evidence of recently cut trees. Approximately 10 minutes, Ranger Hassell located and contacted the parties associated with both pickup trucks parked in the Desert View Parking Lot.

I identified the driver of one of the pickup trucks as Harold MCCABE III by his Arizona ID card. MCCABE had bloodshot, glassy eyes and his speech was mumbled. I could smell the odor of an alcoholic beverage emanating from his person. MCCABE stated he had consumed three Mikes Hard Lemonade drinks. MCCABE made a statement, when asked about driving, to the effect of all the way through, pretty much cut the wood we needed and all the way back to Officer Riese.

Case # NP22388925

The foregoing statement is based upon:
☒ My personal observation   ☒ my personal investigation
☒ Information supplied to me by my fellow officer's observation
☐ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/31/2022   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: **Camille D. Bibles** Digitally signed by Camille D. Bibles Date: 2023.01.01 06:51:03 -07'00'
U.S. Magistrate Judge

Page 2 of 2

Violation No. E1430934    Loc. Code A107
**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I preformed Standardized Field Sobriety Tests with the following results:
Horizontal Gaze Nystagmus 4/6 clues.
Walk and Turn 6/8 clues.
One Leg Stand 3/4 clues.

MCCABE had difficulty completing the tests and did not complete the walk and turn or the one leg stand as instructed.

MCCABE provide a preliminary breath sample of .217BrAc at approximately 17:25 hours confirming the presence of alcohol in their person.

I arrested MCCABE at 17:27 hours for 36 CFR 4.23(a)(1) driving under the influence of alcohol. During a search incident to arrest I located the keys to the vehicle in his jeans pocket. Body Camera video is available NP22388925.

Case#: NP22388925

The foregoing statement is based upon:

☒ My personal observation          ☒ my personal investigation
☒ Information supplied to me by my fellow officer's observation
☐ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/31/2022              [signature]
              Date (mm/dd/yyyy)      Officer's Signature

Probable cause has been stated for the issuance of a warrant.
Executed on: **Camille D. Bibles** Digitally signed by Camille D. Bibles
                                    Date: 2023.01.01 06:52:05 -07'00'
              Date (mm/dd/yyyy)     U.S. Magistrate Judge

**UNITED STATES DISTRICT COURT**
**VIOLATION NOTICE**
Case #: NP22388925

## United States District Court
### Violation Notice
NP22388925 (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A107 | E1430935 | D. Gillum | 867 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 12/31/2022 1700 | 36 CFR 4.23(a)(2) |

Place of Offense: Desert View

Offense Description: Factual Basis for Charge — HAZMAT ☐
Driving under the Influence above .08 BrAC

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| McCabe | Harold | III |

Street Address:

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Tuba City | AZ | 86045 | ██/██/1987 |

Drivers License No.: ████ | CDL ☐ | D.L. State: AZ | Social Security No.: ███-██-5603

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair: BLK   Eyes: BLK   Height: 6'00"   Weight: 250

**VEHICLE** VIN: ____ CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | AZ | 08 | Chevy Silv | | Purple |

**APPEARANCE IS REQUIRED** — A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL** — B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy

---

Page 1 of 2

Violation No. E1430935   Loc. Code A107
**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on December 31, 2022 while exercising my duties as a law enforcement officer in the District of Arizona in Grand Canyon National Park

At approximately 16:35 hours Ranger Hassell observed fresh tire marks leading south into the woods on State Route 64 near No Name point. While turning around, Ranger Hassel observed two pickup trucks with each truck bed full of cut wood in No Name pullout on State Route 64. This area is within the jurisdiction of Grand Canyon National Park. Ranger Hassell then returned to the observed tire marks and located approximately 500 yards south of the road evidence of recently cut trees. Approximately 10 minutes, Ranger Hassell located and contacted the parties associated with both pickup trucks parked in the Desert View Parking Lot.

I identified the driver of one of the pickup trucks as Harold MCCABE III by his Arizona ID card. MCCABE had bloodshot, glassy eyes and his speech was mumbled. I could smell the odor of an alcoholic beverage emanating from his person. MCCABE stated he had consumed three Mikes Hard Lemonade drinks. MCCABE made a statement, when asked about driving, to the effect of all the way through, pretty much cut the wood we needed and all the way back to Officer Riese.

Case # NP22388925

The foregoing statement is based upon:
☒ My personal observation    ☒ my personal investigation
☒ Information supplied to me by my fellow officer's observation
☐ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/31/2022
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: **Camille D. Bibles** Digitally signed by Camille D. Bibles Date: 2023.01.01 06:53:46 -07'00'
Date (mm/dd/yyyy)    U.S. Magistrate Judge

Page 2 of 2

Violation No. E1430935   Loc. Code A107
## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I preformed Standardized Field Sobriety Tests with the following results:
Horizontal Gaze Nystagmus 4/6 clues.
Walk and Turn 6/8 clues.
One Leg Stand 3/4 clues.

MCCABE had difficulty completing the tests and did not complete the walk and turn or the one leg stand as instructed.

MCCABE provide a preliminary breath sample of .217BrAc at approximately 17:25 hours confirming the presence of alcohol in their person.

I arrested MCCABE at 17:27 hours for 36 CFR 4.23(a)(2) driving under the influence of alcohol over .08. During a search incident to arrest I located the keys to the vehicle in his jeans pocket. Body Camera video is available NP22388925.

Case#: NP22388925

The foregoing statement is based upon:

☑ My personal observation         ☑ my personal investigation
☑ Information supplied to me by my fellow officer's observation
☐ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/31/2022
Date (mm/dd/yyyy)         Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: Camille D. Bibles  Digitally signed by Camille D. Bibles
Date: 2023.01.01 06:54:29 -07'00'
Date (mm/dd/yyyy)         U.S. Magistrate Judge

**UNITED STATES DISTRICT COURT**
**VIOLATION NOTICE**
**Case #: NP22388925**

NP22388925 **United States District Court**
**Violation Notice** (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A107 | E 1430903 | E HASSELL | 156 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 12/31/2022 1700
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 36 CFR 2.1(a)(1)(ii)

Place of Offense: NONAME PT / HWY 64 mm 262

Offense Description: Factual Basis for Charge: POSSESS REMOVE DESTROY PLANTS
HAZMAT ☐

**DEFENDANT INFORMATION**

Last Name: MCCABE
First Name: HAROLD, III
Street Address: [illegible]
City: TUBA CITY
State: AZ
Zip Code: 86045
Date of Birth: -/--/1987
Drivers License No.: [illegible]
CDL ☐ D.L. State: AZ
Social Security No.: 5603
☐ Adult ☐ Juvenile   Sex ☒ Male ☐ Female
Hair: BLK   Eyes: BLK   Height: 600   Weight: 230

**VEHICLE**   VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| — | AZ | 2008 | CHEVY SILVERADO | | RED |

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov →
$ _____ **Total Collateral Due**

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

---

Violation No. E1430903  Loc. Code A107
**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on December 31, 2022 while exercising my duties as a law enforcement officer in the District of Arizona in Grand Canyon National Park:

I state that at approximately 1630 hours, I, Officer Emily Hassell, was driving eastbound on Highway 64 near approximately mile marker 262 when I observed tire tracks on the eastbound side leading back into the trees. I turned into NoName Point to safely turn around and noticed two pickup trucks, one black-like in color, filled with wood and covered with red mud. I returned to mile marker 262 and followed the tracks approximately 500 feet into the woods where I observed what appeared to be freshly cut Juniper trees, drag marks, and broken tree pieces littering the ground.

I returned to NoName Point to locate the vehicles; they were no longer present. I located the two vehicles in the Desert View Watchtower Parking Lot and approached the black-like vehicle. I contacted Harold MCCABE, who was sitting in the driver's seat, identified him by his Arizona driver's license and verified through dispatch.

I informed MCCABE that his tires appeared similar to the tracks left in the snow. I asked where he had obtained the wood in his truck – wood that appeared to be Juniper tree logs. MCCABE gave vague answers but eventually noted that the tracks in the snow were from his group and that he had gotten the wood in the park.

MCCABE and one of his passenger's showed me the axes and chainsaw they used to cut the wood.

I issued MCCABE a U.S. District Court Violation Notice possessing, destroying, injuring, defacing, removing, digging, or disturbing from its natural state: plants or the parts or products thereof per 36 CFR 2.1(a)(1)(ii).

I recorded the incident with my department-issued body-worn camera.
Case #: NP22388925

The foregoing statement is based upon:
☒ My personal observation   ☒ My personal investigation
☒ Information supplied to me by my fellow officer's observation
☐ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/31/2022    [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: Camille D. Bibles  Digitally signed by Camille D. Bibles
Date: 2023.01.01 06:55:30 -07'00'
Date (mm/dd/yyyy)   U.S. Magistrate Judge

**UNITED STATES DISTRICT COURT**
**VIOLATION NOTICE**
Case #: NP22388925

---

**United States District Court**
**Violation Notice** (Rev. 1/2020)

NP22388925

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A107 | E 1430906 | D. Gillum | 867 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 12/31/2022 1700 | 36 CFR 4.14 (b) |

Place of Offense: DESERT VIEW WATCHTOWER LOT

Offense Description: Factual Basis for Charge   HAZMAT ☐
OPEN CONTAINER ALCOHOLIC BEVERAGE

**DEFENDANT INFORMATION**   Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| MCCABE | HAROLD III | |

Street Address:

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| TUBA CITY | AZ | 86045 | /1987 |

Drivers License No.   CDL ☐   D.L. State: AZ   Social Security No.: ___203

☐ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair BLK   Eyes BLK   Height 600   Weight 250

**VEHICLE**   VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | AZ | 2008 | CHEVY SILVERADO | | RED |

**APPEARANCE IS REQUIRED** — **APPEARANCE IS OPTIONAL**

A ☐ If Box A is checked, you must appear in court. See instructions.
ARREST

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov

$ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

---

Page 1 of 2

Violation No. E1430906   Loc. Code A107
**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on December 31, 2022 while exercising my duties as a law enforcement officer in the District of Arizona in Grand Canyon National Park

At approximately 16:35 hours Ranger Hassell observed two pickup trucks with each truck bed full of cut wood in No Name pullout on State Route 64 within the jurisdiction of Grand Canyon National Park. Ranger Hassell then contacted both pickup trucks parked in the Desert View Parking Lot.

I identified the driver of one of the pickup trucks as Harold MCCABE III by his Arizona ID card. Officer Riese contacted a second individual within the vehicle and observed an open container of alcohol. During a probable cause search of the vehicle I located an open .750 ml of Fleischmanns Vodka as well as an open can of Budwiser beer within the passenger compartment of the pickup truck. The bottle of vodka had a broken seal and was approximately 1/3 full.

I arrested MCCABE for 36 CFR 4.14(b) carrying an open container of alcohol within a motor vehicle. Body Camera Video is available. NP22388925.

Case # NP22388925

The foregoing statement is based upon:
☒ My personal observation   ☒ my personal investigation
☒ Information supplied to me by my fellow officer's observation
☐ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/31/2022
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: **Camille D. Bibles** Digitally signed by Camille D. Bibles
Date: 2023.01.01 06:58:07 -07'00'
Date (mm/dd/yyyy)   U.S. Magistrate Judge

## United States District Court
### Violation Notice
(Rev. 1/2020)

NP22388925

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A107 | E 1430907 | E. HASSELL | 156 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 12/31/2022 2000
Offense Charged: ☒ CFR ☐ USC ☐ State Code — 36 CFR 4.23(c)(2)
Place of Offense: TRANSPORT FROM DESERT VIEW WATCHTOWER DPS GRAY MOUNTAIN

Offense Description: Factual Basis for Charge — HAZMAT ☐
REFUSAL TO SUBMIT TO TEST FOR PURPOSE OF DETERMINING BLOOD ALCOHOL AND DRUG CONTENT

**DEFENDANT INFORMATION**

Last Name: MCCABE
First Name: HAROLD
M.I.: M
City: TUBA CITY
State: AZ
Zip Code: 86045
Date of Birth: //1987
Drivers License No: —
D.L. State: AZ
Social Security No: 5603
☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair: BLN   Eyes: BLK   Height: 6'0"   Weight: 250

**VEHICLE**  VIN: —  CMV ☐

Tag No: —
State: AZ
Year: 2008
Make/Model: CHEVY SILVERADO
PASS ☐
Color: RED

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.
IN CUSTODY

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.
$ Forfeiture Amount
+ $30 Processing Fee
$ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date: 
Time: 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: 

Original - CVB Copy

---

UNITED STATES DISTRICT COURT
VIOLATION NOTICE
Case #: NP22388925

---

Violation No. E1430907   Loc. Code A107
**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on December 31, 2022 while exercising my duties as a law enforcement officer in the District of Arizona in Grand Canyon National Park:

I state that at approximately 1630 hours, I, Officer Emily Hassell, contacted two vehicles in the Desert View Watchtower Parking Lot and approached a black-like vehicle, a red 2008 Chevrolet Silverado with Arizona license plate "420ZHC". I contacted Harold MCCABE, who was sitting in the driver's seat, identified him by his Arizona driver's license and verified through dispatch.

Subsequent to investigation by Officer Douglas Gillum, MCCABE was arrested for Driving Under the Influence, Open Container, and Possess/Destroy Plants. I transported MCCABE to rendezvous in Gray Mountain, AZ with a Department of Public Safety Trooper for an evidentiary breath test.

MCCABE was read the National Park Service implied consent form and given opportunity to read the form. MCCABE refused the breath test.

I issued MCCABE a U.S. District Court Violation Notice for refusal to submit to test for purpose of determining blood alcohol and drug content per 36 CFR 4.23(c)(2).

I recorded the incident with my department-issued body-worn camera.

Case #: NP22388925

The foregoing statement is based upon:
☒ My personal observation   ☒ My personal investigation
☒ Information supplied to me by my fellow officer's observation
☐ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/31/2022
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: Camille D. Bibles   Digitally signed by Camille D. Bibles
Date: 2023.01.01 06:56:47 -07'00'
Date (mm/dd/yyyy)   U.S. Magistrate Judge